AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 1:19-MJ-769 (DJS) | Date and time warrant executed: 06/18/20  4:29PM | Copy of warrant and inventory left with: Microsoft |
|---|---|---|

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

On 07/07/20, Microsoft digitally returned search warrant information to the Microsoft Law Enforcement Portal. The information was downloaded on 07/23/20.

The downloaded file returned (1):

1) GCC-1477882-M9Z9B5_1.1 (zip file)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/24/20

_Executing officer's signature_

Matthew T. Nabby, FBI SA
_Printed name and title_